

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-22-00045-CV

**IN THE INTEREST OF J.B.P. A/K/A J.B.S., J.J.M., AND J.R.P.,** Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02425
Honorable Martha Tanner, Judge Presiding

# O R D E R

    This is a parental rights termination case. After Appellant filed a notice of appeal, the district clerk and court reporter filed their records, and we set the due date for Appellant's brief.

    Thereafter, Appellant advised this court that the reporter's record for the first day of trial has not been filed, and Appellant is requesting that record.

    Based on Appellant's assertion, we conclude the appellate record is not complete.

    We withdraw the March 8, 2022 due date for Appellant's brief. Appellant's brief will be due twenty days after the supplemental reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

    The supplemental reporter's record is due within **ten days** of the date of this order.

    Appellant's motion for extension of time to file the brief is moot.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court